# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159492(59)
159493

SAMANTHA LICHON,
            Plaintiff-Appellee,

v

MICHAEL MORSE and MICHAEL J.
MORSE, PC,
            Defendants-Appellants.
_____/

SC: 159492
COA: 339972
Oakland CC: 17-158919-CZ

JORDAN SMITS,
            Plaintiff-Appellee,

v

MICHAEL MORSE and MICHAEL J.
MORSE, PC,
            Defendants-Appellants.
_____/

SC: 159493
COA: 341082
Wayne CC: 17-008068-CZ

On order of the Chief Justice, the parties' joint motion to extend the time for filing their briefs on appeal is GRANTED. The briefs will be accepted as timely filed if the defendants-appellants' brief is submitted on or before December 12, 2019, and the plaintiffs-appellees' brief is submitted on or before February 12, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019



Clerk